UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRENDAN FOOTE, on Behalf of Himself and All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 15-cv-4236 ) |
| v. | ) Judge Elaine E. Bucklo ) |
| JOHN T. CAHILL, MACKEY J. MCDONALD, ABELARDO E. BRU, L. KEVIN COX, MYRA M. HART, PETER B. HENRY, JEANNE P. JACKSON, TERRY J. LUNDGREN, JOHN C. POPE, E. FOLLIN SMITH, W. ANTHONY VERNON, H.J. HEINZ HOLDING CORPORATION, KITE MERGER SUB CORP., KITE MERGER SUB LLC, and H.J. HEINZ COMPANY, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STAY THIS ACTION**

Defendants hereby move for an Order staying this action pending the resolution of putative class-action litigation pending in the United States District Court for the Eastern District of Virginia.

This case and the four related putative class actions pending in the Eastern District of Virginia all challenge the recently announced merger or Kraft Foods Group, Inc. and H.J. Heinz Holding Corporation.[1] All five cases are brought on behalf of the same putative class of Kraft shareholders, assert the same claims and same set of operative factual allegations and seek the same relief. It makes no sense for these actions to proceed simultaneously, much less in different courts.

This Motion is and will be based upon the accompanying Memorandum of Law, the Declaration of Eric H. Feiler, the Court's record in this action, and such other matters as may be presented to the Court.

Dated: May 22, 2015

/s/ Howard S. Suskin
Dean N. Panos (Illinois Bar No. 6203600)
DPanos@jenner.com
Howard S. Suskin (Illinois Bar No. 6185999)
HSuskin@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

---

[1] These actions are titled *Leitz v. Kraft Foods Group, Inc., et al.*, No. 3:15-cv-00262-HEH (E.D. Va. Apr. 27, 2015); *Klocke, et al. v. Kraft Foods Group, Inc., et al.*, No. 3:15-cv-00281-HEH (E.D. Va. May 6, 2015); *Robert Meyer IRA FBO Robert Meyer, v. Kraft Foods Group, Inc., et al.*, No. 3:15-cv-00289-HEH (E.D. Va. May 12, 2015); *Wietschner, et al. v. Kraft Foods Group, Inc., et al.*, No. 3:15-cv-00292-HEH (E.D. Va. May 14, 2015). The complaints in these actions are attached as Exhibits A-E to the Declaration of Eric H. Feiler.

Richard C. Pepperman II
peppermanr@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 291-9113

(application for admission *pro hac vice* pending)

*Counsel for Defendants John T. Cahill, Mackey J. McDonald, Abelardo E. Bru, L. Kevin Cox, Myra M. Hart, Peter B. Henry, Jeanne P. Jackson, Terry J. Lundgren, John C. Pope, E. Follin Smith, W. Anthony Vernon*

Leslie M. Smith (Illinois Bar No. 6196244)
leslie.smith@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Sandra C. Goldstein
sgoldstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

(application for admission *pro hac vice* pending)

*Counsel for Defendants H.J. Heinz Holding Corporation, Kite Merger Sub Corp., Kite Merger Sub LLC, and H. J. Heinz Company*