UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRENDAN FOOTE, on Behalf of Himself and All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN T. CAHILL, MACKEY J. )<br>MCDONALD, ABELARDO E. BRU, L. )<br>KEVIN COX, MYRA M. HART, PETER B. )<br>HENRY, JEANNE P. JACKSON, TERRY J. )<br>LUNDGREN, JOHN C. POPE, E. FOLLIN )<br>SMITH, W. ANTHONY VERNON, H.J. )<br>HEINZ HOLDING CORPORATION, KITE )<br>MERGER SUB CORP., KITE MERGER SUB )<br>LLC, and H.J. HEINZ COMPANY, )<br>)<br>Defendants. ) | Case No. 15-cv-4236<br><br>Judge Elaine E. Bucklo |

**DEFENDANTS' NOTICE OF MOTION TO
STAY THIS ACTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 1, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois 60604, Defendants will move for an Order staying this action pending the resolution of putative class-action litigation pending in the United States District Court for the Eastern District of Virginia.

Dated: May 22, 2015

/s/ Howard S. Suskin
Dean N. Panos (Illinois Bar No. 6203600)
DPanos@jenner.com
Howard S. Suskin (Illinois Bar No. 6185999)
HSuskin@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone:    (312) 222-9350
Facsimile:    (312) 527-0484

Richard C. Pepperman II
peppermanr@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 291-9113

(application for admission *pro hac vice* pending)

*Counsel for Defendants John T. Cahill, Mackey J. McDonald, Abelardo E. Bru, L. Kevin Cox, Myra M. Hart, Peter B. Henry, Jeanne P. Jackson, Terry J. Lundgren, John C. Pope, E. Follin Smith, W. Anthony Vernon*

Leslie M. Smith (Illinois Bar No. 6196244)
leslie.smith@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Sandra C. Goldstein
sgoldstein@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

(application for admission *pro hac vice* pending)

*Counsel for Defendants H.J. Heinz Holding Corporation, Kite Merger Sub Corp., Kite Merger Sub LLC, and H. J. Heinz Company*