UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRENDAN FOOTE, on Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | Case No.: 1:15-cv-04236 |
| v. | Honorable Judge Elaine E. Bucklo |
| JOHN T. CAHILL, MACKEY J. MCDONALD, ABELARDO E. BRU, L. KEVIN COX, MYRA M. HART, PETER B. HENRY, JEANNE P. JACKSON, TERRY J. LUNDGREN, JOHN C. POPE, E. FOLLIN SMITH, W. ANTHONY VERNON, H.J. HEINZ HOLDING CORPORATION, KITE MERGER SUB CORP., KITE MERGER SUB LLC, and H.J. HEINZ COMPANY, | |
| Defendants. | |

**PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO STAY THIS ACTION AND AGREED MOTION TO VACATE HEARINGS**

On May 22, 2015, Defendants John T. Cahill, Mackey J. McDonald, Abelardo E. Bru, L. Kevin Cox, Myra M. Hart, Peter B. Henry, Jeanne P. Jackson, Terry J. Lundgren, John C. Pope, E. Follin Smith, W. Anthony Vernon, H.J. Heinz Holding Corporation, Kite Merger Sub Corp., Kite Merger Sub LLC, and H.J. Heinz Company ("Defendants") filed their Motion to Stay This Action ("Motion to Stay") (Document No. 11). The Motion to Stay sought an order staying this action in favor of a parallel action pending in the United States District Court for the Eastern District of Virginia. Plaintiff Brendan Foote ("Plaintiff") (collectively with Defendants, the "Parties"), by and through his counsel, now submits this notice of non-opposition to Defendants' Motion to Stay.

On June 23, 2015, the Parties reached an agreement-in-principle to the settle the action (the "Settlement") and have executed a written Memorandum of Understanding (the "MOU"). A copy of the MOU is attached hereto as Exhibit A.

Pursuant to paragraph six of the MOU, Plaintiff has agreed to cease proceedings in the action, and to stay and not initiate any proceedings other than those incident to the Settlement. These proceedings incident to the Settlement will include additional discovery being undertaken to confirm the fairness of the Settlement. Also pursuant to the terms of the MOU, the Settlement will be presented to the United States District Court in the Eastern District of Virginia. In light of this, the Parties request that the Court vacate all dates currently on the calendar, including the July 16, 2015 Ruling on Defendants' Motion to Stay and the September 11, 2015 Initial Scheduling Conference in the action, and enter an order staying this action pending approval of the settlement in the United States District Court in the Eastern District of Virginia.

The parties will update the Court as needed as the Settlement progresses.

Respectfully submitted,

Dated: June 25, 2015          ROBBINS ARROYO LLP

/s/ Stephen J. Oddo
STEPHEN J. ODDO
BRIAN J. ROBBINS
EDWARD B. GERARD
JUSTIN D. RIEGER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com

LASKY & RIFKIND, LTD.
NORMAN RIFKIND
AMELIA S. NEWTON
351 W. Hubbard Street, Suite 401
Chicago, IL 60654

Telephone: (312) 634-0057
Facsimile: (312) 634-0059
rifkind@laskyrifkind.com
newton@laskyrifkind.com

*Attorneys for Plaintiff*

1038307

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 25, 2015 /s/ Stephen J. Oddo
STEPHEN J. ODDO